IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| JOSEPH F. SHUCOFSKY, Esq., as Personal Representative of the Estate of D.S., et. al., | ) ) ) ) | CASE NO. 10 CV - 393 |
| Plaintiffs | ) ) | JUDGE BARBARA B. CRABB |
| vs. | ) ) ) | MAGISTRATE JUDGE STEPHEN L. CROCKER |
| DANE COUNTY, et. al., | ) ) | **ENTRY OF DEFAULT AGAINST DEFENDANT LYNDA SYKES** |
| Defendants | ) ) ) ) | |

Plaintiffs, Joseph F. Shucofsky (as a personal representative of the estate of D.S.) and Gloria Sykes request that the clerk of court enter default against Defendant Lynda Sykes (hereinafter referred to as "Defendant") pursuant to Federal Rule of Civil Procedure 55(a). It appearing from the record that Defendant has failed to appear, plead or otherwise defend, the default of Defendant is hereby entered pursuant to Federal Rule of Civil Procedure 55(a).

Dated this ___13th___ day of ___October___, 2010.

_Peter Oppeneer_
Peter Oppeneer, Clerk of Court