IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JOSEPH F. SHUCOFSKY, as personal
representative of the Estate of D.S., and
GLORIA D. SYKES,

    Plaintiffs,

v.

DANE COUNTY and LYNDA SYKES,

    Defendants.

JUDGMENT IN A CIVIL CASE

10-cv-393-bbc

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants Dane County and Lynda Sykes dismissing the federal claim of plaintiffs Joseph F. Shucofsky and Gloria D. Sykes with prejudice and dismissing their state law claims without prejudice.

_____      _____8/24/11_____
Peter Oppeneer, Clerk of Court                         Date